In the United States Court of Appeal
For the Eighth Circuit

Mary Beavers                                                                  Appellant

v.                          17-2543

Midland Funding LLC, et al                                                    Appellees

## Designation & Statement of Issues

Appellant Mary Beavers designates the following issue on appeal.

1.      Whether the District Court erred in finding that the Fair Debt Collection Practices Act's one-year statute of limitations[1] began to run on the date Appellees filed a debt collection lawsuit against Beavers (December 2, 2015) rather than the date Appellees served the debt collection lawsuit on Beavers (December 10, 2015), and granting Appellees' motion to dismiss Beavers' complaint (filed on December 8, 2016) alleging violations of the Fair Debt Collection Practices Act, as barred by the one-year statute of limitations.

Respectfully submitted

/s/ Corey D. McGaha
Corey D. McGaha
Ark. Bar No. 2003047
William T. Crowder
Ark. Bar No. 2003138
CROWDER MCGAHA, LLP

---

[1] 15 U.S.C. § 1692k(d).

5507 Ranch Drive, Suite 202
Little Rock, AR 72223
Phone: (501) 205-4026
Fax: (501) 367-8208
cmcgaha@crowdermcgaha.com
wcrowder@crowdermcgaha.com

*Counsel for Appellant*

# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on July 26, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Corey D. McGaha